```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 32840
   DAVID M. KOZA
                                           CHAPTER 13

                                           JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-9656


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/01/08 .

   2.  The case was dismissed without confirmation, 01/30/2009.

------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00         .00         .00         .00
PRINCIPAL PAID        .00         .00         .00         .00         .00
INTEREST PAID         .00         .00         .00         .00         .00
TOTAL PAID            .00         .00         .00         .00         .00
The Debtor's attorney, RICHARD T JONES           , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




       Dated: 03/13/09                /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 32840 DAVID M. KOZA
```